EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Kermidt E. Troche Mercado | 2015 TSPR 95<br><br>193 DPR ____ |

Número del Caso: TS-12,071

Fecha: 19 de junio de 2015

Oficina de Inspección de Notarías:

        Lcdo. Manuel Ávila De Jesús
        Director

Materia: Conducta Profesional – La Suspensión será efectiva el 30 de junio de 2015, fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Kermidt E. Troche Mercado

TS-12071

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de junio de 2015.

El 6 de febrero de 2015 emitimos una orden para que el licenciado Kermidt E. Troche Mercado mostrara causa por la cual no deberíamos aceptar la recomendación del Director de la Oficina de Inspección de Notaría (ODIN) en su informe y referir al Secretario de Justicia la deficiencia en aranceles que allí se informa. Además, se le apercibió que su incomparecencia se interpretaría como que se allanaba a las recomendaciones del informe de ODIN.

El notario no compareció. Por consiguiente, se suspende indefinidamente y de inmediato al querellado, Kermidt E. Troche Mercado, del ejercicio de la notaría. Además, se le ordena que no más tarde de los veinte (20) días siguientes a la fecha de notificación de esta Resolución, muestre causa por la que no deba ser suspendido inmediata e indefinidamente del ejercicio de la profesión.

Se refiere al Departamento de Justicia el asunto de la deuda arancelaria para la acción correspondiente.

Notifíquese personalmente.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


                    Aida Ileana Oquendo Graulau
                  Secretaria del Tribunal Supremo